433 A.2d 118

Commonwealth v. Sheppard, Appellant.

Argued March 6,

1980. Alan M. Cashman, for appellant; Barbara Osburn Stump, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.